URBAN LEAGUE OF GREATER NEW BRUNSWICK v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF CRANBURY, AND TOWNSHIP COMMITTEE OF THE TOWNSHIPS OF EAST BRUNSWICK, MONROE, NORTH BRUNSWICK, OLD BRIDGE, PISCATAWAY, PLAINSBORO, SOUTH BRUNSWICK AND SOUTH PLAINFIELD.

March 21, 1988.

Cross-petition for certification granted. (See 222 *N.J.Super.* 131)

JOSE RAFAEL PADILLA v. CONCORD PLASTICS, INC.

March 21, 1988.

Petition for certification granted. (See 221 *N.J.Super.* 301)

JOSE RAFAEL PADILLA v. CONCORD PLASTICS, INC.

March 21, 1988.

Cross-petition for certification denied. (See 221 *N.J.Super.* 301)

KAROL A. MOLNAR STOLARZ v. GREEN
VILLAGE APARTMENTS.

March 21, 1988.

Leave to appeal granted.